



# MEMORANDUM OPINION

No. 04-12-00672-CV

**IN RE** Val **TRIF**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  October 24, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On October 15, 2012, relator Val Trif filed a petition for writ of mandamus and a motion to stay proceedings.  This court has determined that relator is not entitled to the relief sought. Therefore, the petition and the motion to stay proceedings are DENIED.  TEX. R. APP. P. 52.8(a).


PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012-CI-04937, styled *Nereida Hernandez v. Val Trif*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.